IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN CHAVAULIER HENRY,

    Plaintiff,

v.                                                                  4:17cv259–WS/CAS

ASSISTANT WARDEN MAY, et al.,

    Defendants.

---

### ORDER TRANSFERRING CASE TO PANAMA CITY DIVISION

This case is before the court upon the magistrate judge's report and recommendation (doc. 9) docketed September 27, 2017. The magistrate judge recommends that the case be transferred to the Panama City Division. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 9) is ADOPTED and incorporated into this order.

2. The clerk shall transfer this case to the Panama City Division of the Northern District of Florida. This Tallahassee Division case shall be closed.

DONE AND ORDERED this    26th    day of    October   , 2017.


                                  s/ William Stafford
                                  WILLIAM STAFFORD
                                  SENIOR UNITED STATES DISTRICT JUDGE